ACCEPTED
01-14-00539-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 3:47:31 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00539-CV

COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/27/2015 3:47:31 PM

CHRISTOPHER A. PRINE
Clerk

HOANG-YEN THI DANG,

Appellant,

VS.

JIMMY TRAN,

Appellee,

JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appealed from the 309th Judicial District Court
Harris County, Texas
Cause No. 2010-48243

FLOWERS & FRANKFORT,
ATTORNEYS AT LAW

TODD FRANKFORT
State Bar No. 00790711
RICHARD L. FLOWERS, JR.
State Bar No. 07180500
5020 Montrose Boulevard, Suite 700
Houston, Texas 77006
Telephone 713/654-1415
Facsimile 713/654-9898
Service email:  service@rflowerslaw.com

ATTORNEYS FOR APPELLANT,
HOANG-YEN THI DANG

COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

HOANG-YEN THI DANG,

Appellant,

VS.

JIMMY TRAN,

Appellee,

JOINT MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

Appealed from the 309th Judicial District Court
Harris County, Texas
Cause No. 2010-48243

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 38.6, and 10.5(b)(1) TRAP, Appellant, Hoang Yen Thi-Dang, and Conditional Cross-Appellant/Appellee, Jimmy Tran, file this Joint Motion for Extension of Time to File Brief (this "Motion") and as grounds would respectfully show the following:

1. In accordance with the rules of this Court, it has been determined that the Appellant's brief would be due on or before Friday, February 27, 2015.

2. The Reporter's Record in this case was submitted to this Court on January 29, 2015 and received by Appellant on February 4, 2015. The record was nearly 7,000 pages long and contained 23 volumes of testimony.

3. Appellant respectfully requests an extension of the February 27th deadline to file her brief in this matter so that her counsel may have time to review the record such that Appellant's brief will be due on June 8, 2015.

4. Conditional Cross-Appellant/Appellee, Jimmy Tran, joins in this Motion, and moves that his deadline to file a brief as Conditional Cross-Appellant be set on the same date as his deadline to file a brief as Appellee, and requests that such brief be due on July 13, 2015.

5. This is both Appellant's and Appellee's first request for an extension of time to file briefs in this matter.

6. This cause had not been set for submission at the time of filing this motion.

7. This extension is not requested for mere delay but so that justice may be fully served.

For these reasons, Appellant, Hoang Yen Thi-Dang, and Conditional Cross-Appellant/Appellee, Jimmy Tran, pray that this Court grant their requests as set forth above.

Respectfully submitted,

FLOWERS & FRANKFORT,
    ATTORNEYS AT LAW


By:    / s /  Todd Frankfort
        TODD FRANKFORT
        State Bar number 00790711
        RICHARD L. FLOWERS, JR.
        State Bar number 07180500
        5020 Montrose Boulevard, Suite 700
        Houston, Texas 77006
        Telephone 713/654-1415
        Facsimile 713/654-9898
        Service email:  service@rflowerslaw.com

ATTORNEYS FOR APPELLANT
HOANG-YEN THI DANG

/s/ Matthew Muller

Matthew Muller
State Bar No. 14648450
1445 North Loop West, Ste. 760
Houston, Texas  77008
Tel: (713) 227-1888
Fax: (713) 227-1881
Email: matthewmullerpc@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10(a)(5) of the Texas Rules of Appellate Procedure, I hereby certify that on February 24, 2015, I, Todd Frankfort conferred with Matthew Muller, Attorney for Jimmy Tran, and was able to reach an agreement.  Additionally, I heard, by email, from Keryl Douglas, Attorney for Tan Duc Construction, who indicated that she was unopposed, in principal, to this Motion, but did not hear back from her regarding the specific deadlines set forth therein.

/ s /  Todd Frankfort
TODD M. FRANKFORT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been delivered or forwarded to all counsel of record and/or pro se litigants as listed below, **[ ] by personal delivery or receipted delivery service**, or **[ ] by certified or registered mail**, return receipt requested, by depositing the same, postpaid, in an official deposit under the care and custody of the United States Postal Service, or **[   ] by facsimile** to the recipient's facsimile number identified below, or **[  X  ] by e-service** to the recipient's email address identified below and the electronic transmission was reported as complete, on this the 27th day of February, 2015, in accordance with the Texas Rules of Appellate Procedure:

**Keryl Douglas**
3730 Kirby Drive, Suite 1200
Houston, TX  77098
Fax: 713-589-6825
E-mail: kerylldouglas@gmail.com

/ s / Todd Frankfort
TODD FRANKFORT